# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| KATHRYN XIAN, et al., | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | Case: CV 23-00211 JAO-WRP |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| MOLLY JASMER, et al., | March 22, 2024 |
| Defendants. | At 1 o'clock and 40 min p.m. LUCY H. CARRILLO, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

   On March 22, 2024, the Court issued its "ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS (ECF Nos. 50, 51, 59)," ECF No. 71 (March 22, 2024 Order).

   IT IS ORDERED AND ADJUDGED that this case is DISMISSED without prejudice and without leave to amend, pursuant to and in accordance with the March 22, 2024 Order.  Further, the Clerk of Court is directed to close the case.

| | |
|---|---|
| March 22, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |